

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charish Espinosa, individually and on behalf of others similarly situated | Civil Action No. 17cv744-MMA(BLM) |
| **Plaintiff,** | |
| V. | |
| California College of San Diego Inc., a Utah Corporation; Does 1 through 100, inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds the proposed settlement of this class action appropriate for final approval pursuant to Federal Rule of Civil Procedure 23(e). The Court finds that the proposed settlement appears to be the product of serious, informed, arms-length negotiations, and that the settlement was entered into in good faith, and that Plaintiff has satisfied the standards for final approval of a class action settlement under federal law. Further, the Court finds the settlement administration costs in the amount of $7,783 is reasonable. The Court also finds Plaintiffs request for an award of attorneys' fees in the amount of 30% of the common fund, or $90,000, and costs in the amount of $6,464.56 are reasonable. Finally, the Court finds the class representative incentive award of $2,500 to Plaintiff Charish Espinosa is reasonable. Accordingly, this action is dismissed with prejudice. The Clerk of Court is instructed to enter final judgment in accordance with this Order.

Date: 4/9/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy